UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CREATIVE WRITER SOFTWARE, LLC,

Plaintiff,

v.

JEFF SCHECHTER, *et al.*,

Defendants.

Case No. 2:23-cv-02471-CV (MAAx)

**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

**[DOC. # 66]**

JS-6

On June 23, 2026, the Parties filed a Joint Stipulation for Voluntary Dismissal with Prejudice ("Stipulation"). Doc. # 66. Through their Stipulation, the Parties seek to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that the entire action is DISMISSED WITH PREJUDICE, each party to bear their own costs and attorney fees.

**IT IS SO ORDERED**.

Dated: November 3, 2026

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE